IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                           Case No.:4:10-cr-46-SPM/WCS-1

FRANCO NICHOLAS PADGETT,

    Defendant.
_____/

### ORDER GRANTING MOTION TO CONTINUE SENTENCING

This cause comes before the Court on the Defendant's Motion to Continue Sentencing (doc. 93). Good cause having been found, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Defendant's motion to continue (doc. 93) is *granted*.

2. Sentencing is reset for **September 6, 2011, at 1:30 p.m.,** at the United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this twenty-first day of July, 2011.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          Senior United States District Judge