IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                      Case No. 4:10cr46-MW/GRJ-1

FRANCO NICHOLAS PADGETT.

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Amended Report and Recommendation. ECF No. 188. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The Amended Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 145, is **DENIED**. A certificate of appealability is **DENIED**." This Court notes that Mr. Padgett filed a "notice of appeal" on March 13, 2017, appealing the denial of his § 2255 motion. ECF No. 189. Presumably, Mr. Padgett was appealing the report and recommendation, which is not an appealable order, because this Court had not denied his motion at that time. His notice, of course, does not divest this Court of jurisdiction. This Court only notes the error so Mr.

1

Padgett understands that he needs to file a notice of appeal directed to this order if he wishes to appeal the matter to the Eleventh Circuit. The Clerk shall close the file.

**SO ORDERED on March 24, 2017.**

<u>**s/Mark E. Walker**</u>      ____
**United States District Judge**